# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Alfred Flowers, | COURT MINUTES – CIVIL |
| | BEFORE: HILDY BOWBEER |
| | U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| | Case No: 15-cv-3015 (RHK/HB) |
| v. | Date: February 14, 2017 |
| | Courthouse: Saint Paul |
| Officer Jon Schliesing, Officer Christopher Reiter, and Minneapolis Police Department, | Courtroom: Courtroom 6B |
| | Recording: AUDIO (4:41-4:52 PM) |
| | Time Commenced: 9:07 AM |
| Defendants. | Time Concluded: 4:52 PM |
| | Time in Court: 7 Hours & 45 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff: Bobby Joe Champion

Defendant: Sara Lathrop, George Norris

## PROCEEDINGS:

☒ Settlement reached, subject to the approval of the Minneapolis City Council. Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

☐ No settlement reached.

**Other Remarks:**

Plaintiff Alfred Flowers was present. Lisa Goodman, City Council member, and Bruce Folkens, Deputy Police Chief, appeared for defendants.

s/ *Judith M. Kirby*
Courtroom Deputy
