---

Alfred Flowers,                                    Civil No. 15-3015 (RHK/HB)

                Plaintiff,

                              **ORDER OF DISMISSAL**

v.

Minneapolis Police Department, et al.,

                Defendants.

---

       The Court having been advised that this action has been settled, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction for 60 days to permit any party to move to reopen for good cause shown or to seek enforcement of the settlement terms.

       It is **FURTHER ORDERED** that all motions currently pending are **DENIED** as moot.

       **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  February 28, 2017

                                s/ Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge